852 F.2d 1241
 Myrna UNDERWOOD, Sheila Fazande, Annie Johnson, Jerome
Smith, Cora Ewers, Frances Jardin, Lura R. Stentz, Charlotte
West, Aritisha McGee, individually and on behalf of all
others similarly situated, Plaintiffs-Appellees,
v.
Samuel R. PIERCE, Jr., Secretary of Housing and Urban
Development, Defendant-Appellant.
 No. 83-5773.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 4, 1988.
 
 1
 Appeal from the United States District Court for the Central District of California; Harry Pregerson, Circuit Judge, sitting by designation.
 
 
 2
 Prior report: 547 F.Supp. 256.
 
 
 3
 Before HUG and FLETCHER, Circuit Judges, and CARROLL,* District Judge.
 
 ORDER
 
 4
 The order previously filed on July 26, 1988 in the above-entitled case is hereby designated as an Order for Publication.
 
 
 5
 This case is remanded to the district court to revise the judgment for attorneys' fees pursuant to the Opinion of the Supreme Court.
 
 
 
 *
 The Honorable Earl H. Carroll, United States District Judge for the District of Arizona, sitting by designation